**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.S.**                                              **CRIMINAL ACTION NUMBER: 3:02CR-152-J**
                                                                                **3:05CR-65-J**

**JASON GREGORY FOWLER**                                              **DEFENDANT**

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY IN FELONY CASE**

    This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with Mr. James A. Earhart, retained counsel, appeared before me on June 6, 2005, and entered pleas of guilty as to Count 1 through 5 of the Indictment in case number 3:02CR-152-J and a plea of guilty as to Count 1 of the Second Superseding Indictment in case number 3:05CR-65-J, pursuant to a Rule 11(c)(1)(C) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 through 5 of the Indictment in 3:02CR-152-J and as to Count 1 of the Second Superseding Indictment in case number 3:05CR-65-J, and that the offense charged were supported by an independent basis in fact concerning each of the essential

elements of such offenses. I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant is **remanded** to the custody of the United States Marshal pending sentencing before the District Court.

Official Court Reporter:  Dena Legg

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 35